Hede Tannert, Appellee, v. City of Chicago, Appellant.

Gen. No. 41,298.

opinion filed January 22, 1941; rehearing denied February 5, 1941. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, Adam E. Patterson, Sydney R. Drebin, J. Herzl Segal and Louis H. Geiman, Assistant Corporation Counsel, of counsel; J. S. Pressman, for appellee; David H. Kraft, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''